# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ROBERT FENNELL, : No. 617 EAL 2015

      Petitioner :

             : Petition for Allowance of Appeal from
             : the Order of the Commonwealth Court

      v. :

DEPARTMENT OF CORRECTIONS, :

      Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.